NICHOLAS A. TRUTANICH, NVBN 13644
United States Attorney
District of Nevada

MARGARET BRANICK-ABILLA, CABN 223600
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8929
Facsimile: (415) 744-0134
E-Mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUANITA JOAN GOIN, | Case No. 3:18-cv-00207-HDM-WGC |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |
| ANDREW SAUL, Commissioner of Social Security,[1] | |
| Defendant. | |

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted in this action pursuant to Fed. R. Civ. P. 25(d). *See also* 42 U.S.C. § 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that plaintiff Juanita Joan Goin (Plaintiff) be awarded attorney fees and expenses in the amount of SIX THOUSAND, TWO HUNDRED DOLLARS AND ZERO CENTS ($6,200.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees and expenses to be made directly to Olinsky Law Group, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or counsel including Olinsky Law Group may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of counsel and/or Olinsky Law Group to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: June 24, 2019      OLINSKY LAW GROUP

By:    */s/ Melissa Palmer\**
Melissa Palmer
Attorneys for Plaintiff
[*As authorized by email on June 21, 2019]

Dated: June 24, 2019      NICHOLAS A. TRUTANICH
United States Attorney

By:    */s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

**IT IS SO ORDERED\***:

*[signature]*

HON. HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE

DATED: June 24, 2019

---

\* The Court also denies Plaintiff's motion for attorney fees (ECF 19) as moot.