UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUANITA JOAN GOIN,<br><br>           Plaintiff,<br>   v.<br>ANDREW SAUL,<br><br>           Defendant. | Case No. 3:18-cv-00207-HDM-WGC<br><br>ORDER |

On or before June 1, 2021, plaintiff's counsel shall provide the court with proof of service of the motion for attorney's fees (ECF No. 24) and report and recommendation (ECF No. 26) on the plaintiff, Juanita Joan Goin, and shall additionally provide the court with the plaintiff's address for the purpose of providing notice of any subsequent court orders to the plaintiff.

IT IS SO ORDERED.

DATED: This 21st day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE