UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUANITA JOAN GOIN,<br><br>                Plaintiff,<br>v.<br><br>ANDREW SAUL,<br><br>                Defendant. | Case No. 3:18-cv-00207-HDM-WGC<br><br>ORDER |

    The court has considered the report and recommendation of the United States Magistrate Judge (ECF No. 26) filed on May 3, 2021, in which the magistrate judge recommends that this court enter an order granting the plaintiff's attorney's motion for attorney's fees (ECF No. 24). No objections to the report and recommendation have been filed, and the time for doing so has expired. The government has filed a response that takes no position on the request. (ECF No. 25).

    The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

    ADOPTS AND ACCEPTS the report and recommendation of the United States Magistrate Judge (ECF No. 26).

IT IS THEREFORE ORDERED that the motion for attorney's fees (ECF No. 24) is GRANTED. The plaintiff's counsel is accordingly awarded $21,605.38 in fees and shall refund to the plaintiff the $6,200 in fees awarded under the EAJA.

IT IS SO ORDERED.

DATED: This 6th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE